# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER GARDNER, ) | |
| ) Plaintiff(s), ) | Case No. 2:12-cv-00488-KJD-NJK |
| vs. ) | ORDER |
| ALFRED LECHTER, ) | |
| ) Defendant(s). ) | |

On September 19, 2013, the Court ordered that Plaintiff must, no later than October 19, 2013, either have newly retained counsel file a notice of appearance or file a notice that he will proceed *pro se*. *See* Docket No. 37. To date, Plaintiff has failed to comply. The Court hereby ORDERS Plaintiff to file, no later than November 5, 2013, either a notice of appearance by newly retained counsel or a notice that he will proceed *pro se*. Failure to abide by this order will result in an order to show cause why Plaintiff should not be sanctioned.

IT IS SO ORDERED.

DATED: October 29, 2013.

_____
NANCY J. KOPPE
United States Magistrate Judge