# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| CHRISTOPHER GARDNER, | )<br>) |
|         Plaintiffs, | )   Case No. 2:12-cv-00488-KJD-NJK |
| vs. | )<br>)   ORDER RE: STAY |
| ALFRED LETCHER, | )<br>) |
|         Defendant. | ) |

This case is currently stayed pending resolution of the parties' case in the Nevada Supreme Court. *See* Docket No. 29 (granting motion to stay); Docket No. 31 (granting motion to extend time to respond to complaint and indicating that "[t]he stay remains in place pursuant to the magistrate judge's order"); *see also* Docket No. 35 (joint status report indicating that petition for rehearing en banc remains pending in the Nevada Supreme Court). The Court hereby **ORDERS** the parties to file a joint status report no later than November 15, 2013. The Court further **ORDERS** that the parties must file a joint status report no later than the 15th of the month every two months thereafter and within 7 days of case-dispositive action by the Nevada Supreme Court.

    IT IS SO ORDERED.

    DATED: November 7, 2013

                                              _____
                                              NANCY J. KOPPE
                                              United States Magistrate Judge