**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER GARDNER,         ) | |
|          ) | |
|          Plaintiffs,     ) | Case No. 2:12-cv-00488-KJD-NJK |
|          ) | |
| vs.          ) | ORDER RE: STAY |
|          ) | |
| ALFRED LETCHER,          ) | |
|          ) | |
|          Defendant.     ) | |

This case is currently stayed pending resolution of the parties' case in the Nevada Supreme Court. *See* Docket No. 29 (granting motion to stay); Docket No. 31 (granting motion to extend time to respond to complaint and indicating that "[t]he stay remains in place pursuant to the magistrate judge's order"); *see also* Docket No. 35 (joint status report indicating that petition for rehearing en banc remains pending in the Nevada Supreme Court). The Court hereby **ORDERS** the parties to file a joint status report no later than November 15, 2013. The Court further **ORDERS** that the parties must file a joint status report no later than the 15th of the month every two months thereafter and within 7 days of case-dispositive action by the Nevada Supreme Court.

       IT IS SO ORDERED.

       DATED: November 7, 2013

                           _____
                           NANCY J. KOPPE
                           United States Magistrate Judge