**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| CHRISTOPHER GARDNER, ) | |
| ) | |
| Plaintiffs, ) | Case No. 2:12-cv-00488-KJD-NJK |
| ) | |
| vs. ) | ORDER LIFTING STAY |
| ) | |
| ALFRED LETCHER, ) | |
| ) | |
| Defendant. ) | |

This case has been stayed pending resolution of the parties' case in the Nevada Supreme Court. *See* Docket No. 45. Defendant has now submitted a notice that the appeal has concluded. Docket No. 47. Accordingly, the stay in this case is hereby **LIFTED**. The parties shall confer regarding proceeding with this case no later than November 15, 2013. The parties shall submit a joint proposed discovery plan and scheduling order no later than November 22, 2013.

IT IS SO ORDERED.

DATED: November 8, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge